IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELLI-HOU FAMRS, LLC,
an Oregon limited liability company,

       Plaintiff,                                    Civ. No. 1:21-cv-952-CL

       v.                                              ORDER

EHAB ABU FARIE, a.k.a. EHAB
ABUFARIE, an individual, et al.,

       Defendants.
_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#45), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#45) is adopted. Plaintiff's Motion for default judgment (#42) is GRANTED.

IT IS SO ORDERED.

       DATED this 15th day of June, 2023.

                                                      _____/s/ Michael J. McShane_____
                                                             Michael McShane
                                                    United States District Judge