**Justin C. Sawyer, P.C.,** OSB No. 014057
justin.sawyer@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Plaintiff
    Elli-Hou Farms, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ELLI-HOU FARMS, LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>EHAB ABU FARIE (a.k.a. Ehab Abufarie), an individual; AHMAD ABU FARIE (a.k.a. AHMAD ABUFARIE), an individual; MOHAMMAD ABU FARIE (a.k.a. Mohammad Abufarie, a.k.a. Mohamad Abufarie, a.k.a. Mohamed Abufarie, a.k.a. Mohammed Abufarie), an individual; and E-JUICE VAPOR, INC., a California corporation,<br><br>    Defendants. | CV No. CV 1:21-cv-00952-CL<br><br>**FINAL JUDGMENT** |

Page 1 -   FINAL JUDGMENT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

Based upon the Order of the Court (ECF 47), Plaintiff's Motion for Entry of Final Judgment Based on Defendants' Default (the "Motion") is GRANTED and it is ORDERED, ADJUDGED, AND DECREED that

1. Defendants Ehab Abu Farie (a.k.a. Ehab Abufarie), Ahmad Abu Farie (a.k.a. Ahmad Abufarie), Mohammad Abu Farie (a.k.a. Mohammad Abufarie, a.k.a. Mohamad Abufarie, a.k.a. Mohamed Abufarie, a.k.a. Mohammed Abufarie), and E-Juice Vapor, Inc., a California corporation, have failed to defend this action following appropriate service of process upon each Defendant.

2. Each of the allegations in Plaintiff's Amended Complaint (ECF 27) is deemed true and admitted and the Complaint sets forth claims sufficient such that Plaintiff is entitled to Judgment on each of its claims for relief.

3. Without limiting the foregoing, Plaintiff's Amended Complaint and the declarations submitted in support of the Motion set forth claims that would support findings of Breach of Contract, Fraud, and Conversion against Defendants and the Judgment herein is deemed based on such claims.

4. Plaintiff Elli-Hou Farms, LLC has judgment against Defendants Ehab Abu Farie (a.k.a. Ehab Abufarie), Ahmad Abu Farie (a.k.a. Ahmad Abufarie), Mohammad Abu Farie (a.k.a. Mohammad Abufarie, a.k.a. Mohamad Abufarie, a.k.a. Mohamed Abufarie, a.k.a. Mohammed Abufarie), and E-Juice Vapor, Inc., a California corporation, jointly and severally, for each of the following amounts:

/ / /

/ / /

Page 2 -   FINAL JUDGMENT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

      a.     The principal amount of $519,625.00; plus

      b.     Pre-judgement interest on the principal amount in the amount of $142,636.70 through January 31, 2023; plus

      c.     Pre-judgment interest at the statutory rate of 9% per annum on the principal amount from January 31, 2023 through the date of entry of judgment; plus

      d.     Costs and disbursements to be determined under the procedures contained in Fed. R. Civ. P. 54(d) and LR 54; plus

      e.     Post-judgment interest on the foregoing amounts at the statutory rate of 9% per annum.

DATED:    June 27, 2023.

                                         _s/Michael J. McShane_____
                                         MICHAEL J. McSHANE
                                         UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
Justin C. Sawyer**,** OSB No. 014057
justin.sawyer@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Plaintiff Elli-Hou Farms, LLC

Page 3 -   FINAL JUDGMENT

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204